**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**James B. TORRENCE, Jr.,**
**Defendant–Appellant.**

No. 01–7823.

United States Court of Appeals,
Fourth Circuit.

Submitted March 29, 2002.

Decided May 14, 2002.

James B. Torrence, Jr., Appellant Pro Se. Michael Lee Keller, Office of the United States Attorney, Charleston, West Virginia, for Appellee.

Before WILKINS, NIEMEYER, and WILLIAMS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

James B. Torrence, Jr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Torrence*, Nos. CR–96–180; CA–00–306–5 (S.D.W.Va. Aug. 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*